### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OLDLAW CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-1070 |
| ) | |
| TIMOTHY D. ALLEN, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On July 16, 2007, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging breach of contract and breach of fiduciary duty by Defendant, Timothy Allen ("Allen"), a former President and employee of Plaintiff. The Court concurs with the recommendation that the venue selection clause contained in the relevant contract is valid, enforceable, and applicable to the claims at issue in this case. Moreover, pursuant to the venue selection clause agreed to by the parties and the provisions of 28 U.S.C. §§ 1406(a)

and 1404(a), this action belongs in a federal or state court with a venue encompassing Scottsdale, Arizona.

Accordingly, the Court now adopts the Report & Recommendation [#11] of the Magistrate Judge in its entirety.  Defendant's Motion to Dismiss Pursuant to Rule 12(b)(3) [#4] is GRANTED IN PART and DENIED IN PART, and this matter is now TRANSFERRED to the United States District Court for the District of Arizona, Phoenix Division.

ENTERED this 24th day of September, 2007.

s/ Michael M. Mihm  
Michael M. Mihm  
United States District Judge